UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FERNANDO DAVID REYNOSO,**<br><br>Defendant. | Case No. CV 18-03763 WDK-JC<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff G & G Closed Circuit Events, LLC and against defendant Fernando David Reynoso, individually and d/b/a Cheos Tacos, upon the Court's grant of summary judgment in favor of plaintiff. [Doc. No. 33.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Fernando David Reynoso, individually and d/b/a Cheos Tacos, shall pay the plaintiff G & G Closed Circuit Events, LLC, $3,300.00 in total damages. Pursuant to Local Rules 54-7 and 54-8 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

Dated: May 7, 2021

_____
William Keller
United States District Judge